No. 92–1920.   LIVADAS v. AUBRY, CALIFORNIA LABOR COMMISSIONER.   C. A. 9th Cir.   Certiorari granted.   Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 4, 1994.   Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 1, 1994.   A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 15, 1994.   This Court's Rule 29 does not apply.

No. 92–2058.   HAWAIIAN AIRLINES, INC. v. NORRIS; and FINAZZO ET AL. v. NORRIS.   Sup. Ct. Haw.   Certiorari granted limited to the following question: "Whether the Hawaii Supreme Court erred in concluding that respondent's state law wrongful discharge claims were not preempted by the Railway Labor Act, 45 U. S. C. § 151 et seq."   Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 4, 1994.   Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 1, 1994.   A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 15, 1994.   This Court's Rule 29 does not apply.